**STATE of Missouri, Respondent,**

v.

**David Todd WITT, Appellant.**

**No. WD 35971.**

Missouri Court of Appeals,
Western District.

June 11, 1985.

Michael R. Radosevich, Columbia, for appellant.

William Webster, Atty. Gen., Michael H. Finkelstein, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from jury convictions for two counts of the unlawful use of a weapon and a third count of assault, first degree, in violation of § 571.030 and 565.050, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).